**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:

ARTURO VALDES MARTINEZ                CASE NO.:  17-15502-LMI

    Debtor(s).                                      CHAPTER:  13

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

The Creditor, VT Inc. as Trustee of World Omni LT ("VT Inc."), the undersigned and the law firm of Tripp Scott, P.A. file this Notice of Appearance and Request for BNC Notices and electronic copies of all pleadings filed in the above-styled case.

Respectfully Submitted,

Tripp Scott, PA
*Attorneys for the Creditor VT Inc.*
110 SE 6th Street, 15th Floor
Fort Lauderdale, FL 33301
bankruptcy@trippscott.com
Tel:  954-525-7500

/s/ *Christina V. Paradowski, Esquire*
Christina V. Paradowski, Esquire
Florida Bar No.  56708

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT a true and correct copy of the Notice of Appearance was filed and provided by electronic or U.S. Mail to **Arturo Valdes Martinez**, 168 W 27 Street #2, Hialeah, FL 33010-1637; **Robert Sanchez, Esq**., 355 W 49 St., Hialeah, FL 33012; **Trustee, Nancy K. Neidich**, POB 279806, Miramar, FL 33027 e28f01@ch13herkert.com; **U.S. Trustee** at USTPRegion21.MM.ECF@usdoj.gov; 51 SW 1st Avenue, Suite 1204, Miami, FL  33130, on this 2nd day of June, 2017.

/s/ *Christina V. Paradowski, Esquire*
Christina V. Paradowski, Esquire