**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**
**1st Amended Plan**

DEBTOR: Arturo Valdes Martinez    JOINT DEBTOR: _____    CASE NO.: 17-15502-LMI
Last Four Digits of SS# 9082    Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of  36  months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $ 150.00 for months  1 to 36; in order to pay the following creditors:

Administrative:    Attorney's Fee - $ 3650  TOTAL PAID $ 1000  Balance Due $ 2650
                    payable $ 106/month (Months  1 to 25)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1.  None    Arrearage on Petition Date $ _____
Address: _____    Arrears Payment    $ _____/month (Months _____ to _____)
                        Regular Payment    $ _____/month (Months _____ to _____)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| None | $ | % | $ | _____ To _____ | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. None    Total Due $ _____
              Payable    $ _____/month (Months _____ to _____) Regular Payment $ _____

Unsecured Creditors: Pay $ 29.00 /month (Months 1 to 25) and Pay $ 135.0 /month (Months 26 to 36).

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Debtor is current with secured creditor Hyundai Motor Finance and will continue to pay said creditor directly outside the chapter 13 plan. Debtor assumes the lease with South East Toyota Finance for the 2017 Toyota Corolla SE.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

    /s/Robert Sanchez, Esq.
Attorney for the Debtor    Joint Debtor
Date: 7-12-2017    Date: _____

LF-31 (rev. 01/08/10)